Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-10-00401-CV

**CITY OF LAREDO**,
Appellant

v.

Luis **MONTANO**, Cecilia Montano Mota, Cruz Jorge Montano, Clarence Hillburn, and
Clarence Hillburn as Executor of The Estate of Gloria Montano Hillburn, Deceased,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2008CVQ000134D1
Honorable Jose A. Lopez, Judge Presiding

#### OPINION ON REMITTITUR

Opinion by:    Catherine Stone, Chief Justice

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  February 22, 2012

AFFIRMED IN PART AS MODIFIED

Appellees have filed with the clerk of this court a remittitur as suggested in our original

opinion dated January 18, 2012.  The trial court's judgment is modified to reflect that appellees

recover judgment against appellant for attorney's fees through trial in the amount of

$422,302.91.  TEX. R. APP. P. 46.3.  As modified, the judgment of the trial court with regard to the award of attorney's fees through trial is affirmed.

Catherine Stone, Chief Justice